*1215-12*

Electronic Record

COA NO: <u>05-11-01349-CR</u> CCRA NO. _____

<u>Ex Parte: Olvera, Alfredo</u>
*Appellant*

<u>Habeas</u>
*Offense*

*Punishment*

<u>Collin</u>
*County*
Trial Court: <u>199TH DISTRICT COURT</u>

Trial Court No.: <u>W-199-81492-09</u>          <u>07/05/2012</u> MOTION FOR
                    REHEARING IN COA IS <u>Denied</u>
Trial Judge: <u>Parker, Quay</u>              ON <u>07/26/2012</u>
Disposition: <u>Reverse and Remand</u>           <u>Justice Lang-Miers</u>
Date: <u>06/20/2012</u>          Justice
Justice: <u>Justice Lang-Miers</u>  PC <u>No</u>  S <u>Yes</u>
Publish <u>No</u>  DNP <u>Yes</u>

CLK RECORD 10/06/2011, 10/13/2011
RPT RECORD 10/12/2011, 12/28/2011, 02/24/2012
STATE BRIEF 03/30/2012
APPELLANT BRIEF 03/13/2012, 04/11/2012
SUPP CLK RECORD
SUPP BRIEF
PRO SE BRIEF

*1215-12*

IN COURT OF CRIMINAL APPEALS

_STATE'S_____ PETITION          CCRA DISPOSITION: *Vacken COA*
FOR DISCRETIONARY REVIEW IN CCRA    *3-20-13*
IS *Granted*_____ on
_*3-20-13*_____           SIGNED: _____ PC: ✓
JUDGE____ *P.C.*____          JUDGE: _____


_____MOTION FOR          MOTION FOR STAY OF MANDATE IS
REHEARING IN CCRA IS _____       _____
on _____          on _____


_____              _____
JUDGE                                JUDGE